594

459 A.2d 20

Boro. of Aliquippa v. State Auto Mutual.

Appeal of State Automobile Mutual Insurance Company, Inc.

Petition for Allowance of Appeal
Denied July 28, 1983.

Argued October 13, 1982. James R. Hankle, for appellant; Keith R. McMillen, for Borough, appellee; Richard J. Mills, for Westmoreland, appellee.

Before CERCONE, P.J., WIEAND and BECK, JJ.

Order affirmed.

459 A.2d 21

Bressi, et al. v. Carmen Leasing, et al.

Appeal of Mitsubishi Aircraft International, Inc.

Petition for Allowance of Appeal
Denied July 25, 1983.

Argued April 23, 1982. David M. McCormick, for appellant; James Edwin Beasley, for appellees.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.